Petition for Writ of Mandamus
Denied and Memorandum Opinion filed March 29, 2011.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00190-CV

NO. 14-11-00191-CV

____________

 

IN RE BORIS TWAIN CLEWIS, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



M E M O R
A N D U M   O P I N I O N

            On March 4, 2011, relator filed a petition for writ of
mandamus in this court.  See Tex. Gov’t Code Ann. § 22.221 (Vernon
2004); see also Tex. R. App. P. 52.  In his petition, relator asks this
court to compel the Honorable Rory Robert Olsen, presiding judge of Probate
Court No. 3 of Harris County, to set aside his judgment of July 29, 2010.

            Currently pending in this court is an appeal from that
judgment, No. 14-10-01206-CV; Boris Twain Clewis v. Scott K. Boates,
Temporary Administrator With Annexed Of The Estate Of Redell Clewis, Sr., Deceased. 
Relator does not demonstrate that his appeal is an inadequate remedy at law.  See
Walker v. Packer, 827 S.W.2d 833, 839-40 (Tex. 1992).  

            Relator has not established that he is entitled to mandamus
relief.  Accordingly, we deny relator’s petition for writ of mandamus.

 

                                                                        PER
CURIAM

 

Panel
consists of Justices Brown, Boyce, and Jamison.